[2 NE3d 927, 979 NYS2d 559]

In the Matter of CATHRYN M. DOYLE.

Decided December 10, 2013

### APPEARANCES OF COUNSEL

*William J. Dreyer*, for Hon. Cathryn M. Doyle.

*Robert H. Tembeckjian*, for New York State Commission on Judicial Conduct.

### OPINION OF THE COURT

On the Court's own motion, it is determined that Honorable Cathryn M. Doyle is suspended, with pay, effective immediately, from the office of Surrogate of Albany County, pending disposition of her request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge LIPPMAN and Judges READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM. Taking no part: Judge GRAFFEO.